# Order

Michigan Supreme Court
Lansing, Michigan

March 3, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153828(64)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THEODORE PAUL WAFER,
      Defendant-Appellant.

SC: 153828
COA: 324018
Wayne CC: 14-000152-FC

_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED IN PART. The supplemental brief will be accepted as timely filed if submitted on or before March 28, 2017. The due date of defendant-appellant's supplemental brief is also extended to March 28, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    March 3, 2017



Clerk